# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **09-64328-JEH** |
| | § | |
| **KALISH, ALAN L.** | § | Chapter 7 |
| **KALISH, CLAUDIA J.** | § | |
| | § | Judge: **Hoffman** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of <u>$6.68</u> represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022-2121 | 3 | 0.62 |
| Time Warner Cable<br>11252 Cornell Park Drive<br>Cincinnati, OH 45242 | 5 | 0.53 |
| Fia Card Services NABank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City OK 731248809 | 18 | 3.99 |
| Michigan State DCPAH<br>4125 Beaumont Rod<br>Lansing, MI 48910 | 10 | 1.54 |

Dated:    March 30, 2011                                    */s/ Frederick M. Luper*
                                                                                   Frederick M. Luper, Case Trustee